IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-68 |
| ANTONIO JOHNSON, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 71.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Antonio Johnson from the Indictment in the above-captioned case without prejudice. The Court DENIES AS MOOT all pending motions and DIRECTS the Clerk of Court to TERMINATE this case.

**SO ORDERED**, this 15th day of December, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA